Judgment in a Civil Case

## United States District Court
### WESTERN DISTRICT OF NEW YORK

RODRIGO FERREIRA DE CASTRO

v.

BATAVIA FIEL OFFICE DIRECTOR et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 1:25-cv-00966

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the respondents' motion to dismiss, is therefore GRANTED. Moreover, in light of the petitioner's voluntary departure, his pending motion for the Court to order his transfer to a detention facility within the Western District of New York, is DENIED without prejudice as moot.

Date: December 10, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Tatiana
    Deputy Clerk